**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HAKIM RYDELL BRANCHE-JONES,<br><br>    Defendant. | Case No. 2:16-cr-00062-LRH-GWF-1<br><br>**STIPULATION TO CONTINUE HAKIM RYDELL BRANCHE-JONES RESPONSE TO GOVERNMENT'S MOTION TO ADMIT EVIDENCE (ECF NO. 224)**<br>(First Request)<br><br>**AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher D. Baker, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Hakim Rydell Branche-Jones, that defendant's Response to the Government's Motion to Admit Evidence (ECF No. 224) currently scheduled on July 26, 2019, be continued to August 5, 2019.

This Stipulation is entered into for the following reasons:

1.    Counsel for the defendant needs additional time to conduct research in order to properly respond to the government's motion.

2.    The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Response to Government's Motion to Admit Evidence (ECF No. 224).

DATED this 31st day of July, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Christopher D. Baker*<br>By_____<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney |

SEE PAGE 3 FOR ORDER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

HAKIM RYDELL BRANCHE-JONES,

    Defendant.

Case No. 2:16-cr-0062-LRH-GWF-1

**ORDER**

IT IS THEREFORE ORDERED that Hakim Rydell Branche-Jones' Response to the Government's Motion to Admit Evidence (ECF No. 224) currently scheduled for July 26, 2019, be continued to August 5, 2019.

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 1st day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE