# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAKIM RYDELL BRANCHE-JONES,<br><br>　　　　Defendant. | Case No. 2:16-cr-00062-LRH-EJY<br><br>**ORDER** |

Based on the representations of the parties, the Court finds good cause to continue the sentencing hearing. IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, October 7, 2020 at 1:15 p.m., be vacated and continued to Tuesday, December 29, 2020, at 1:15 p.m. before District Judge Larry R. Hicks in Las Vegas Courtroom to be announced at a later time.

DATED this 5th day of October 2020.

_____
UNITED STATES DISTRICT JUDGE

3