# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HAKIM RYDELL BRANCHE-JONES,

        Defendant.

No. 2:16-CR-00062-LRH-EJY

**ORDER**

This matter coming on the parties' Stipulation to Continue Rule 32 Sentencing Hearings, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1.     The parties agree to the fourth request for continuance of the sentencing hearing.

2.     Defendant is in custody and does not object to the continuance.

3.     The Court adopts and incorporates herein in full, District of Nevada, Temporary General Order 2020-05 of March 30, 2020 – as further extended on September 25, 2020 – regarding Authorization for Video and Teleconferencing Under the CARES Act And The Exigent Circumstances Created By COVID-19 And Related Coronavirus (hereinafter "General Order"), including the finding that in light of the current state of emergency brought on by the COV-19 pandemic, and during the time the General Order is in effect, the Court cannot conduct an in-person Rule 32 sentencing hearing without serious risk to the health and

safety of the public and the parties involved in this matter.

4.      The General Order is in effect until December 28, 2020.

5.      The parties do not anticipate that the effects of the current pandemic will be sufficiently mitigated by the time of the current setting to permit an in-person sentencing hearing safely.

6.      The defendant desires an in-person Rule 32 sentencing hearing and no facts have been presented to the Court to show that further delay of the hearing will seriously harm the interests of justice in this case.

7.      Counsel for the defendant further requires additional time to review the presentence investigation and report with the defendant, research and prepare any corrections or objections, and otherwise prepare for the sentencing hearing.

8.      Accordingly, pursuant to the Stipulation, the Court will continue and set the date for a Rule 32 sentencing hearings to a date and time **no less than 60 days** from the current setting of December 29, 2020.

**IT IS THEREFORE ORDERED:**

The Rule 32 sentencing hearing set for **December 29, 2020**, is **VACATED** and **CONTINUED** to **Thursday, March 4, 2021 at  1:15 p.m.** in a Las Vegas Courtroom to be announced at a later date.

**IT IS SO ORDERED** this 16th day of December, 2020:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE