UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAKIM RYDELL BRANCHE-JONES, et al.,<br><br>Defendant. | Case No. 2:16-cr-00062-LRH-EJY<br><br>**ORDER** |

    Pending before the Court is Defendant Hakim Rydell Branche-Jones' Motion seeking a copy of his sentencing transcript (ECF No. 440). Mr. Branche-Jones is presently represented by the Federal Public Defender. LR IA 11-6 states, in pertinent part, that "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."

    Accordingly, Defendant Hakim Rydell Branche-Jones' Motion seeking a copy of his sentencing transcript (ECF No. 440) is DENIED.

    Dated this 1st day of June, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE